### 13013.   WRIGHT *v.* THE STATE.

LUKE, J. The evidence in this case authorized the defendant's conviction and the verdict so finding has the approval of the trial judge. No error of law upon the trial of the case appears. It was not error to overrule the motion for a new trial.

  *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED JANUARY 17, 1922.

Indictment for manufacture of liquor; from Lincoln superior court — Judge Shurley.   September 16, 1921.

*R. W. Ware, Burnside & McWhorter,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.